UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

Bismark Ayala,                                         :
                                                       :     06 CV 2615 (ARR)
                          Petitioner,                  :
     -against-                                         :     NOT FOR ELECTRONIC
                                                       :     OR PRINT
U.S. CITIZENSHIP AND IMMIGRATION SERVICES,             :     PUBLICATION
BUREAU OF IMMIGRATION AND CUSTOMS                      :
ENFORCEMENT, U.S. DEPARTMENT OF                        :     OPINION AND ORDER
HOMELAND SECURITY                                      :
                                                       :
                          Respondents.                 :
-------------------------------------------------------------- X

ROSS, United States District Judge:

The instant petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenges

petitioner Bismark Ayala's detention and order of removal from the United States. Pursuant to

the Real ID Act of 2005, Pub. L. No. 109-13, § 106, 119 Stat. 231, "a petition for review filed

with an appropriate court of appeals in accordance with this section shall be the sole and

exclusive means for judicial review of an order of removal entered or issued under any provision

of this chapter, except as provided in subsection (e) of this section." 8 U.S.C. § 1252(a)(5)

(2005). The appropriate judicial circuit is the one in which the immigration judge completed

proceedings. 8 U.S.C. § 1252(b)(2). Petitioner's proceedings were completed in Oakdale,

Louisiana. Accordingly, this Court cannot hear the instant action and transfers it to the United

States Court of Appeals for the Fifth Circuit, as a Petition for Review, pursuant to § 106 of the

Real ID Act of 2005. The Clerk of the Court shall transfer this matter to the Fifth Circuit and

close this case.

SO ORDERED.


_____
Allyne R. Ross
United States District Judge


Dated: October 19, 2006
        Brooklyn, New York

**SERVICE LIST:**

*Pro Se* **Petitioner:**
Bismark Ayala
209 Wilson Avenue
Apt. #2-R
Brooklyn, NY 11237